UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MRP PROPERTIES, LLC,         )
                                     )
        Plaintiff,          )
                                     )
v.                                  )   Case No.: CIV-13-496-HE
                                   )   (Oklahoma County District
SENTINEL INSURANCE      )   Court Case No.: CJ-2013-2416)
COMPANY LIMITED,        )
                                     )
        Defendant.      )

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, and LCvR 81.2, Defendant, Sentinel Insurance Company Limited ("Sentinel"), hereby removes the above-captioned action from the District Court of Oklahoma County, State of Oklahoma, to this Court.  The removal of this case to federal court is based on the following:

1.    The above-captioned action was originally commenced by Plaintiff, MRP Properties ("MRP"), on or about the 24th day of April, 2013.

2.    All documents filed or served in the state court are contained in the state court record filed herewith and adopted and incorporated herein, along with a certified copy of the state docket sheet.  No other pleadings or papers have been received by Sentinel or filed in the state court case.

3.    Removal jurisdiction exists pursuant to 28 U.S.C. §1441(a) and 28 U.S.C. §1441(b) on the ground that it is a civil action over which the court has original jurisdiction

under 28 U.S.C. §1332, as this matter involves a claim for damages in excess of $75,000.00, exclusive of interest and costs, and is between citizens of different states, as alleged below.

4.     Upon information and belief, at all times since the loss that is the subject of this litigation, and at all times from the time of filing of the state court action through and including the present, Plaintiff is a company incorporated in and with its principal place of business in Oklahoma.

5.     At all times since the loss that is the subject of this litigation and all times from the time of the filing of the state court action through and including the present, Sentinel has been and is a foreign corporation, duly organized and existing under the laws of the State of Connecticut, with its principal place of business in Connecticut.  Sentinel has never been incorporated in Oklahoma, and has never had its principal place of business in Oklahoma.

6.     Plaintiff's Petition asserts causes of action for breach of contract and tortious breach of contract, *i.e.*, bad faith, for events related to a loss that occurred on or about May 29, 2012.  Specifically, Plaintiff alleges it is entitled to policy benefits from Sentinel, pursuant to a policy of insurance between the two parties.  Further, Plaintiff alleges that Sentinel has breached its duty of good faith and fair dealing with it.  (Plaintiff's Petition, attached as **EXHIBIT 1**, p. 2).

7.     Plaintiff further alleges in his Petition that Sentinel's conduct in the handling of its claim warrants the imposition of punitive damages.  (Plaintiff's Petition, attached as **EXHIBIT 1**, p. 2).

2

8.     Sentinel denies Plaintiff's contentions, and it denies that it is liable for any purported breach of contract and/or bad faith damages.

9.     Notwithstanding, Plaintiff's Petition alleges that Sentinel's purported breach of contract and bad faith conduct entitles Plaintiff to recover damages from Sentinel in an amount in excess of $75,000.00, exclusive of interest and costs. (Plaintiff's Petition, attached as EXHIBIT 1, pp. 2-3).

10.     The court may consider these allegations and demands in determining whether the amount in controversy exceeds the jurisdictional amount. *See Hanna v. Miller*, 163 F.Supp.2d 1302, 1306 (D.N.M. 2001). Based on the foregoing, it is clear that the amount in controversy exceeds $75,000.00. *See Varela v. Wal-Mart Stores, Inc.*, 86 F.Supp.2d 1109, 1111 (D.N.M. 2000).

11.     Because this is a civil action where Plaintiff has alleged the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states, federal jurisdiction exists under 28 U.S.C. § 1332(a)(1).

12.     This Notice of Removal is timely filed with this Court, pursuant to 28 U.S.C. § 1446(b), because 30 days have not elapsed since this action became removable to this Court. . (Plaintiff's Petition, attached as EXHIBIT 1, was filed April 24, 2013; this filing was made May 13, 2013, 20 days later)

13.     Removal to this District Court is proper under 28 U.S.C. § 116(c).

14.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be served on counsel for Plaintiff, and a copy of the Notice of Removal has been filed with the Clerk of the District Court in and for Oklahoma County, State of Oklahoma.

15.     All documents filed in the state court action are contained in the certified copy of the state court record, including the docket sheet, attached hereto as EXHIBIT 2.  No other pleadings have been received or filed in the state court case.  There are no motions pending in the state case.

WHEREFORE, Defendant, Sentinel Insurance Company Limited, removes this action from the District Court in and for Oklahoma County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma.

Respectfully submitted,


 s/ Amy Steele Neathery
Gerard F. Pignato, OBA No. 11473
Amy Steele Neathery, OBA No. 20344
PIGNATO, COOPER, KOLKER &
    ROBERSON, P.C.
Robinson Renaissance Building
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:    (405) 606-3333
Facsimile:    (405) 606-3334
E-mail:    jerry@pclaw.org
              amy@pclaw.org
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This certifies that on May 14, 2013, the above and foregoing instrument was delivered to the following counsel of record:

Greg D. Givens, Esquire                    *VIA U.S. MAIL*
Sheila R. Benson, Esquire
GIVENS LAW FIRM
136 Northwest 10th Street, Suite 100
Oklahoma City, Oklahoma 73103


                                    s/ Amy Steele Neathery
                                    For the Firm