EXHIBIT 1

CJ-13-2416
Swinton

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
APR 24 2013
TIM RHODES
COURT CLERK
33____

MRP Properties, LLC, )
)
   Plaintiff, )
)
v. ) Case No.: _____
)
Sentinel Insurance Company, Limited, )
)
   Defendant. )

CJ - 2013 - 2416

## PETITION

COMES NOW, Plaintiff, MRP Properties, LLC (hereinafter referred to as "Plaintiff"), and for its cause of action against Defendant, Sentinel Insurance Company, Limited (hereinafter referred to as "Defendant"), allege and state as follows:

I.

The Plaintiff is a limited liability company existing and operating under the laws of the State of Oklahoma. Defendant is an insurance company licensed in the State of Oklahoma and doing business in Oklahoma County, State of Oklahoma. Therefore, this Court has jurisdiction venue over this matter.

II.

The Plaintiff is the owner of real property located at 528 East Memorial Road, Oklahoma City, Oklahoma. On or about May 29, 2012 Plaintiff's property experienced a wind/hailstorm event which caused serious and substantial damage to Plaintiff's building and business personal property.

III.

Plaintiff entered into a contract of insurance with Defendant which afforded coverage for damage to building and business personal property as well as additional coverages afforded under

the terms and conditions of the policy number 38SBAT07898SC. The policy was in full force and effect on the date of the loss. Plaintiff has fulfilled all terms and conditions required under the policy of insurance issued by Defendant. Defendant has breached its contract of insurance and failed to perform and pay Plaintiff's benefits it is entitled to under the policy constituting a material breach.

### IV.

Plaintiff submitted a claim to Defendant to obtain and collect the policy benefits owed including but not limited to building and business personal property which had been contractually agreed to with Defendant. Defendant owed a duty of good faith and fair dealing under Oklahoma law in the handling of the claim of Plaintiff. Defendant has breached its duty of good faith and fair dealing to Plaintiff by acting unreasonably and unfairly in the handling of its claim by failing to timely, properly, fully and reasonably investigate the facts of the claim. Defendant breached its duty of good faith and fair dealing by failing to properly, timely, fully and reasonably evaluate the claim of Plaintiff. Defendant further breached its duty of good faith and fair dealing by failing to properly, fairly, fully and timely pay policy benefits owed to Plaintiff.

### V.

As a direct result of the actions of Defendant, Plaintiff has been damaged in an amount in excess of $75,000.00. In addition, Plaintiff prays for punitive or exemplary damages in an amount in excess of $75,000.00 against Defendant to punish Defendant's bad faith and deter future conduct.

WHEREFORE, Plaintiff, MRP Properties, LLC, prays for judgment against Defendant, Sentinel Insurance Company, Limited, for contractual damages in excess of $75,000.00, compensatory damages for a breach of the duty of good faith and fair dealing in an amount in excess of $75,000.00 and for punitive or exemplary damages as a result of the breach of the duty of good

faith and fair dealing in an amount in excess of $75,000.00 together with cost, interest, an attorney's fee and other just and equitable relief which this Court deems just and proper.

Respectfully Submitted,

GIVENS LAW FIRM

BY: _____
Greg D. Givens, OBA No.10310
Sheila R. Benson, OBA No. 19050
136 N.W. 10th Street, Suite 100
Oklahoma City, OK 73103
Telephone:   (405) 604-6880
Facsimile:    (405) 604-6998
E-mail:        sbenson@givenslaw.net
*Attorneys for Plaintiff, MRP Properties, LLC*

ATTORNEY LIEN CLAIMED
JURY TRIAL DEMANDED

3