UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MRP PROPERTIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 13-cv-00496-HE |
| | ) |
| SENTINEL INSURANCE COMPANY, LIMITED, | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, MRP Properties, L.L.C. and dismisses the above captioned cause with prejudice to further litigation pertaining to all matters involved therein, and states that a compromise settlement covering all claims involved in the above captioned matter has been made between the parties.

Respectfully submitted this 8th day of July, 2014.

BY:  /s Sheila R. Benson
Greg D. Givens, OBA No. 10310
Sheila R. Benson, OBA No. 19050
GIVENS LAW FIRM
136 N.W. 10th Street, Suite 100
Oklahoma City, OK  73103
Telephone:    (405) 604-6880
Facsimile:    (405) 604-6998
Email: sbenson@givenslaw.net
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of July, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Gerard F. Pignato
Dawn Goeres
Pignato, Cooper, Kolker & Roberson, P.C.
*Attorney for Defendant*

                                               /s Sheila R. Benson